Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorney for Plaintiff,
Vegas Auto Collection, LLC
dba Royalty

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VEGAS AUTO COLLECTION LLC DBA ROYALTY, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BROBST, an individual, and THIRD PEDAL LLC, a limited liability company,<br><br>Defendants. | Case No. 2:26-cv-01130-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO SUBMIT JOINT DISCOVERY PLAN AND SCHEDULING ORDER AND INITIAL DISCLOSURES**<br><br>**(FIRST REQUEST)** |

Plaintiff Vegas Auto Collection, LLC d/b/a Royalty ("Royalty"), and Defendants Jonathan Brobst and Third Pedal, LLC ("Third Pedal"), stipulate and agree as follows:

1. Plaintiff filed this action on April 10, 2026, and Defendants appeared on May 11, 2026.

2. The parties conducted their conference pursuant to Fed. R. Civ. P. 26(f) on June 10, 2026.

3. The parties' Joint Discovery Plan and Scheduling Order and their Initial Disclosures are currently due on June 24, 2026.

4. On June 15, 2026, the parties conducted a telephonic conference and believe that they have resolved this matter to the satisfaction of all parties.

5.    The parties stipulate and agree that the deadlines to submit their Joint Discovery Plan and Scheduling Order and serve their Initial Disclosures should be extended by 21 days, to July 15, 2026, to give them time to finalize settlement and dismiss this matter.

Dated: June 16, 2026                                          Respectfully submitted,


/s/ Ronald D. Green                                          /s/ Kimberly P. Stein
Marc J. Randazza, NV Bar No. 12265                 GUS W. FLANGAS, ESQ.
Ronald D. Green, NV Bar No. 7360                     Nevada Bar No. 4989
Alex J. Shepard, NV Bar No. 13582                    E-Mail: gwf@fdlawlv.com
RANDAZZA LEGAL GROUP, PLLC                     KIMBERLY P. STEIN, ESQ.
8991 W. Flamingo Rd., Ste. B                            Nevada Bar No. 8675
Las Vegas, NV 89147                                        E-mail: kps@fdlawlv.com
                                                                      3275 South Jones Boulevard, Suite 105
Attorneys for Plaintiff,                                      Las Vegas, NV 89146
Vegas Auto Collection, LLC                              Telephone: (702) 307-9500
dba Royalty

                                                                      Attorneys for Defendants Jonathan
                                                                      Brobst & Third Pedal, LLC

Stipulation and Order for Extension of Deadline to Submit Joint Discovery Plan
2:26-cv-01130-JCM-NJK

## ORDER

Based upon the foregoing, and good cause appearing, the Court hereby orders as follows:

1.      The above stipulation of the parties is GRANTED;

2.      The deadline for the parties to submit their Joint Discovery Plan and Scheduling Order to this Court and to serve their Initial Disclosures is extended by 21 days to give the parties time to finalize settlement and resolve this matter; and

3.      The deadline for the parties to submit their Joint Discovery Plan and Scheduling Order and to serve their Initial Disclosures is extended to July 15, 2026.

DATED: _____June 17, 2026_____

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension of Deadline to Submit Joint Discovery Plan
2:26-cv-01130-JCM-NJK