Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorney for Plaintiff,
Vegas Auto Collection, LLC
dba Royalty

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VEGAS AUTO COLLECTION LLC DBA ROYALTY, a limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN BROBST, an individual, and THIRD PEDAL LLC, a limited liability company, <br><br> Defendants. | Case No. 2:26-cv-01130-JCM-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF NO. 10]** <br><br> **(FIRST REQUEST)** |

### STIPULATION

Plaintiff Vegas Auto Collection, LLC d/b/a Royalty ("Royalty") and Defendants Jonathan Brobst and Third Pedal, LLC ("Third Pedal"), stipulate and agree as follows:

1. Plaintiff filed this action on April 10, 2026 and filed its First Amended Complaint on May 22, 2026. (ECF No. 9).

2. Defendants filed their Motion to Dismiss First Amended Complaint on June 5, 2026 (ECF No. 10).

3. Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint is currently due on June 22, 2026, and Defendants' Reply is currently due on June 29, 2026.

- 1 -
Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss
2:26-cv-01130-JCM-NJK

4.      On the evening of June 15, 2026, the parties engaged in a telephonic conference and believe that they have resolved this matter to the satisfaction of all parties.

5.      The parties agree that briefing deadlines should be extended by 21 days to give them time to finalize settlement and resolve this matter, leaving the deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss as July 13, 2026 and the deadline for Defendants' Reply as July 20, 2026.

Dated: June 16, 2026                              Respectfully submitted,

/s/ Ronald D. Green                              /s/ Kimberly P. Stein

Marc J. Randazza, NV Bar No. 12265        GUS W. FLANGAS, ESQ.
Ronald D. Green, NV Bar No. 7360          Nevada Bar No. 4989
Alex J. Shepard, NV Bar No. 13582         E-Mail: gwf@fdlawlv.com
RANDAZZA LEGAL GROUP, PLLC                KIMBERLY P. STEIN, ESQ.
8991 W. Flamingo Rd., Ste. B              Nevada Bar No. 8675
Las Vegas, NV 89147                       E-mail: kps@fdlawlv.com
                                          3275 South Jones Boulevard, Suite 105
Attorneys for Plaintiff,                  Las Vegas, NV 89146
Vegas Auto Collection, LLC                Telephone: (702) 307-9500
dba Royalty
                                          Attorneys for Defendants Jonathan
                                          Brobst & Third Pedal, LLC

- 2 -
Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss
2:26-cv-01130-JCM-NJK

## ~~PROPOSED~~ ORDER

Based upon the foregoing, and good cause appearing, the Court hereby orders as follows:

1.      The above stipulation of the parties is GRANTED;

2.      Briefing deadlines on Defendants' Motion to Dismiss First Amended Complaint are extended by 21 days to give the parties time to finalize settlement and resolve this matter; and

3.      Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss First Amended Complaint is extended to July 13, 2026, and Defendants' deadline to file their Reply in Support of Motion to Dismiss First Amended Complaint is extended to July 20, 2026.

DATED: ___June 17, 2026_____          IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE

---

Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss
2:26-cv-01130-JCM-NJK