Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff,
Vegas Auto Collection LLC
dba Royalty

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VEGAS AUTO COLLECTION LLC DBA ROYALTY, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BROBST, an individual, and THIRD PEDAL LLC, a limited liability company,<br><br>Defendants. | Case No. 2:26-cv-01130-JCM-NJK<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Vegas Auto Collection, LLC, d/b/a Royalty, and Defendants Jonathan Brobst and Third Pedal, LLC, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with the parties to bear their own attorneys' fees and costs.

The parties have resolved all issues in this matter to the satisfaction of all parties and entered into a settlement agreement on or about July 1, 2026.

**IT IS THEREFORE STIPULATED AND AGREED BETWEEN THE PARTIES** that this matter, and all claims asserted herein, be dismissed with prejudice and that attorneys' fees and costs be handled pursuant to the settlement agreement.

RANDAZZA | LEGAL GROUP

Dated: July 10, 2026.

**RANDAZZA LEGAL GROUP, PLLC**          **FLANGAS LAW GROUP**

/s/ Ronald D. Green                                   /s/ Kimberly P. Stein
Marc J. Randazza, NV Bar No. 12265        Kimberly P. Stein, Esq.
Ronald D. Green, NV Bar No. 7360           3275 South Jones Blvd., Suite 105
Alex J. Shepard, NV Bar No. 13582          Las Vegas, Nevada 89146
8991 W. Flamingo Rd., Ste B                   Phone: (702) 307-9500
Las Vegas, NV 89147

                                                            Attorney for Defendants, Jonathan Brobst
Attorneys for Plaintiff,                           and Third Pedal, LLC
Vegas Auto Collection, LLC
dba Royalty

**ORDER**

Based upon the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2) and LR 7-1.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

Dated: _____July 13, 2026_____

Hon. James C. Mahan
UNITED STATES DISTRICT JUDGE